394 A.2d 611

Commonwealth v. Lane, Appellant.

Argued June 12, 1978.
Russell M. Nigro, for appellant; S. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 611

Commonwealth, Appellant, v. Little.

Argued June 13, 1978. Donald A. Mancini, Assistant District Attorney, with him William R. Muir, Jr., Assistant District Attorney, for Commonwealth, appellant; Harry Farmer, Assistant Public Defender, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.